IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-1748 |
| THIS DOCUMENT RELATES TO: *Elmer Jordan*, 15-cv-3346 | Honorable Matthew F. Kennelly |

**NOTICE REGARDING CMO NO. 150**

Pursuant to the Court's direction in Case Management Order No. 150 (Master Dkt. No. 2972), counsel for Plaintiff hereby certifies that on April 22, 2019, a copy of CMO No. 150 was sent to Plaintiff Elmer Jordan via United Parcel Service to Plaintiffs' last known address.

Dated: April 30, 2019        Respectfully submitted,

                                               */s/ Trent B. Miracle*
                                               Trent B. Miracle
                                               Simmons Hanly Conroy
                                               One Court Street
                                               Alton, IL 62002
                                               618-259-2222
                                               Email: tmiracle@simmonsfirm.com

                                               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 30, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

        */s/ Brendan A. Smith*
        Brendan A. Smith